


KASA
x86104

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. 20MJ0008 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| Mandy Louise WEST, Joseph Anthony NIETO | ) | |
| Defendants. | ) | |

FILED
JAN 0 2 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

The undersigned complainant being, duly sworn, states:

On or about December 31, 2019, within the Southern District of California, defendants Mandy Louise WEST and Joseph Anthony NIETO, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Jesus Norberto ARRIAGA-Alvarez, Francisco Javier CARMONA-Morales, Manuel De Jesus MORALES-Rodriguez, and Francisco PULIDO-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 2nd DAY OF January, 2020.

ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Mandy Louise WEST,**
**Joseph Anthony NIETO**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Jesus Norberto ARRIAGA-Alvarez, Francisco Javier CARMONA-Morales, Manuel De Jesus MORALES-Rodriguez, and Francisco Javier PULIDO-Hernandez, are citizens of a country other than the United States; those said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 31, 2019, Border Patrol Agent A. Carlson was performing checkpoint duties at the Brown Field Border Patrol Station's State Route 94 Checkpoint located in Jamul, California. All lights and signs were fully operational. This area is located approximately 15.3 miles west of the Tecate, California Port-of-Entry and approximately seven miles north from the International Border between the United States and Mexico.

At approximately 7:47 PM, Agent Carlson was working the primary inspection, when a black Chevy SUV bearing a California license plate approached the primary inspection. While looking at the driver, who was later identified as the defendant Mandy Louise WEST, Agent Carlson asked, "Are you a United States Citizen?" WEST, stared back and smiled. Agent Carlson immediately noticed that WEST was clenching the steering wheel with both hands and that her hands were shaking. Agent Carlson then shined his flashlight into the rear passenger area of the vehicle. Agent Carlson immediately noticed one individual with dark colored jeans laying sideways behind the driver's and front passenger's seat. Agent Carlson then put a stop stick on the ground in front of the left tire and instructed WEST to put the vehicle in park. Agent Carlson then instructed WEST to exit the vehicle. Once WEST exited the vehicle, Agent Carlson placed her in handcuffs and conducted a search for weapons or contraband. Agent Carlson then handed WEST off to another agent who escorted her from the primary inspection area and into a holding cell for further questioning. Border Patrol Agent E. Jauregui then instructed the front passenger, later identified as defendant Joseph Anthony NIETO, to exit the vehicle. NIETO exited the vehicle and was escorted into a holding cell for further questioning. Agent Carlson then opened the right rear passenger door and observed two individuals laying sideways on top of each other behind the driver's and front passenger's seats. Agent Jauregui then opened the trunk and observed two additional individuals laying sideways. All four individuals were instructed to exit the vehicle and were escorted into a holding cell for further questioning. While in the holding cell, Agent Carlson conducted an immigration inspection on all four individuals, who were later identified as material witnesses, Jesus Norberto ARRIAGA-Alvarez, Francisco Javier CARMONA-Morales, Manuel De Jesus MORALES-Rodriguez and

CONTINUATION OF COMPLAINT:
Mandy Louise WEST,
Joseph Anthony NIETO

Francisco PULIDO-Hernandez. The four individuals stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At approximately 7:50 PM, Agent Carlson placed ARRIAGA, CARMONA, MORALES, and PULIDO under arrest. At approximately 7:51 PM, Agent Carlson placed defendants WEST, and NIETO under arrest.

The Defendant WEST, was given an opportunity to provide a statement regarding the event. WEST stated that she and her boyfriend, Joseph NIETO had been out for a drive to meet NIETO's grandmother. WEST stated that she had never been through that area and could not pin point the exact location. WEST stated that she had been following her boyfriend's directions to the city of Jamul, California to a house where they had picked up the people arrested with them. After further questioning, WEST retracted her statement and claimed NIETO and her had made up the story. WEST further explained, that NIETO told her the plans had changed and that they were now going to drive to Tecate, California to pick up people for his friend. WEST stated that she believed they were going to pick up undocumented aliens. WEST stated they then drove east on the State Route 94 to a dirt road. WEST stated her boyfriend NIETO was communicating with his cell phone with an unknown individual. WEST stated she believes this individual was guiding NIETO to the location of the people and in turn, NIETO was giving her directions on where to drive. WEST stated she was instructed to make a right turn on a dirt road and drive on it for less than a mile. WEST stated she then made a U-turn and then came to a complete stop on the road. WEST stated four people went inside the car and she then began driving back towards the highway. WEST stated she then drove through the Border Patrol checkpoint where agents arrested her.

**CONTINUATION OF COMPLAINT:**
**Mandy Louise WEST,**
**Joseph Anthony NIETO**

Material Witnesses ARRIAGA, CARMONA, MORALES and PULIDO stated they are Mexican citizens illegally present in the United States. The material witnesses stated they were going to pay approximately $5000 to be smuggled into the United States with final destinations of San Diego, California. ARRIAGO was able to identify the defendant WEST, as the driver of the vehicle. PULIDO was able to identify the passenger NIETO. ARRIAGA stated he was instructed by the smugglers that a sport utility vehicle was going to be picking them up.

**Executed on January 1, 2019 at 11:00 AM.**

Pablo Castro
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 31, 2019, in violation of 8 USC 1324(a)(1)(A)(ii).

ALLISON H. GODDARD
United States Magistrate Judge

2:49 PM, Jan 1, 2020
Date/Time